United States District Court
for the
Middle District of Florida
Western Division

8:09-cv 498-T-23TBM

Robert J. More

Plaintiff and as Third Party Plaintiff for All Members of Policing Entities and the Military in the U.S. Who Might Be Ordered To Act As Accessories to Murder In A Case Of The Nature of the Teresa Schiavo Case

V

1. Michael Schiavo, 2. Jodi Schiavo, 3. Scott Schiavo, 4. George Felos, 5. Deborah Bushnell, 6. Sixth Circuit Court of Pinellas County, FL, ("6th CC_C") Judge George Greer, 7. – 19. Florida Second District Court of Appeals Judges John and Jane Does #1-12, 20. – 28. Supreme Court of the State of FL Judge(s) # John and Jane Does # 1-9, 29. Second Circuit Court of LeonCounty ("2nd CCLC"), FL, 30. Judge Douglass Baird, 31. – 32. 2nd CC_C Judges John and Jane Does #1-2, 33. – 42. Circuit Court of Pinellas County, FL Judges John and Jane Does #1-10, 43. - 50. Supreme Court of the United States ("SCOTUS") "Justices" Sandra Day O'Connor, Antonin Scalia, Clarence Thomas, John P. Stevens, Ruth B. Ginsberg, David Souter, Stephen Breyer, Anthony Kennedy, 51. President of the U.S. ("POTUS") George W. Bush, 52. Governor of the State of FL Jeb Bush, 53. Attorney General of the State of FL Charles Crist, 54. Pinellas Park, FL, Police Department ("PPPD"), 55. PPPD Police Chief Dorene Thomas, 56. – 59. PPPD Captain John and Jane Does #1-4, 60. PPPD Lieutenant Sanford Weyseth, 61. PPPD Lieutenant (""Lt") Riley, 62. – 65. PPPD Lt. John and Jane Doe #'s 1-4, 66. – 75. PPPD Sergeant's John and Jane Does #'s 1-10, 76. – 140. PPPD Police Officers John and Jane Does #1-65, 141. Pinellas Park, FL Mayor John Doe, 142. Pinellas Park, FL Village Manager John Doe, 143. Pinellas County, FL, Sheriff John Doe, 144. -155. Pinellas County, FL, Sheriff's Dept. Chiefs, Lt's and Sergeants John and Jane Does #1-12, 156. – 255. Pinellas County, FL Deputies John and Jane Does #1-100, 256. ACLU of Florida, 257. ACLU of Florida Director Howard Simon, 258. Federal Bureau of Investigation ("FBI"), 259. FBI Director Robert Mueller, 260. FBI Agent Robert Birdsong, 261. – 310. FBI Agent John and Jane Does #1-50, 311. United States District Court for the Middle District of FL ("USDC for the MDF") John Whittemore, 312. United States Court of Appeals for the Eleventh Circuit ("USCA 11") Judge E. Carnes, 313. USCA 11 Judge F. Hull, 314. – 323. USCA 11 Judges, J. Edmunson, S. Birch, J. Dubina, S. Black, W. Pryor, Judges John and Jane Doe's #1-3, 324. USDC for the MDF Judge Lazarra, 325. USDC for the MDF Judge Kovechevelic…, 326. – 335. USDC for the MDF Judges John and Jane Does #1-10, 336. Washington Post Newspaper, 337. Tampa Bay Tribune Newspaper,338. Indianapolis Star Newspaper, 339. Mr. Robert Schindler, 340. Robert Schindler Jr., 341. David Gibbs, 342. Gibbs Law Firm, 343. Office of the U.S. Attorney for the Northern District of IL, Security Monitor, Mr. Donald Norton, 344. United States of America, 345. PPPD Sgt. Hicks, 346. "Bishop of the Roman Catholic" Diocese of St. Petersburg, Robert Lynch, 347. United States Conference of "Catholic" Bishops, 348. Sandra Day OConnor, 349. Randall Terry – no damages sought, 350. Jeff Butler – no damages sought, 351. Richard Thompson, 352. Whatever Entity Induced the Arrestees Who Plead Guilty Regarding Charges Related to Attempts to Bring T. Schiavo Water, to Plead Guilty, 353. Greyhound Bus, Inc., 354. Greyhound Bus Security Agent John Doe, 355. Michael Golic – no damages sought, 356. Rothshild Banking Empire – On Information and Belief, Trespass on the Case ("TCD") D, 357. John and Jane Doe Rothschild, ("TCD") 358. ADL, 359. ADL President Abraham Foxman ("TCD") Defendants

Preliminary Component of 3/14/09 of Complaint of 3/14/09

Introduction: This complaint concerns one of the most monstrously wicked, cruel, brutal and shameful abominations which according to the knowledge of Robert J. More ("RJM") has ever been perpetrated in God's sight. RJM makes reference herein of course to the torture and murder of the incapacitated person Teresa Schiavo – an atrocity perpetrated under the color of law and pretext of legitimacy, the magnitude of which has left a black stain on the record of this country, that along with the evils of legalized slavery,

abortion, the innumerable false flag terror acts, the deaths by "accident" or "suicide" of the innumerable non-capitulating and non-oath betraying members of policing entities who have ended up dead in circumstances entirely incompatible with any type of claim in regard thereto that any of such deaths were accidents or suicides over the past few decades, the obviously orchestrated disaster of "Hurricane Katrina", the predatory wars for the continued expansion of the Edomite Empire, the slave trade and child prostitution described in the "Franklin Coverup" and affiliated works of darkness and the torture of detainees in various facilities throughout the world, which stain it may very well be cannot be effaced except with another civil war. Woe to anyone who would dare to argue that such alternative for the rectification of injustice(s) would constitute an "exaggerated" response to the evils described herein supra.

Besides seeking civil damages in this case (not one penny of which RJM would ever see other than in the form of some type of stipend or discount on an educational and/or training program in which RJM would enroll) and/or for some type of outfitting for a given rescue mission of whatever type which might ever have to be conducted in order to prevent some type of atrocity or other from being successfully perpetrated_against some but not all of the Defendants included in the complaint this PCC concerns ("this complaint"), RJM is herein seeking declaratory and injunctive relief both for himself and similarly situated persons and in other counts thereof, for members of the policing entities and the military in this country who might ever be placed in a position of having been ordered to implement measures which would accomplish the facilitation of the perpetration of the type of crime/predation/tort which was perpetrated upon Teresa Schiavo in this case on a *plaintiff for third party plaintiff* basis.

Along with this complaint is being filed a complaint in which RJM is proceeding on a *plaintiff for third party plaintiff* basis for the Deceased Person - Teresa Schiavo. The Court to which this case is assigned may or may not decide to consolidate these cases.

If RJM can contact twenty or more of the persons who got arrested for endeavoring to bring water to Teresa while she was being tortured and murdered between the time the feeding tube was removed and the time at which she died, RJM will also invite whomever else would be interested in joining this case as a plaintiff herein, to do so and in a scenario, in which twenty of such persons would be interested in joining this case as plaintiffs, RJM would endeavor to get a component of this case prosecuted as a class action.

The entirety of the members of the judiciary of the United States District Court for the Middle District of Florida (USDCMDF), Tampa Division, have been named as Defendants in this case (since unless the Clerk of that Court committed some error or one of such Judges was not in the his or her office in the week ending 4/2/05, everyone of them received a petition for the issuance of a writ of habeas corpus on the next friend/third party standing basis for Teresa Schiavo on or about 3/28/09 – all of which were inadequately adjudicated), and the entirety of the members of the Eleventh Circuit Court of Appeals other than Justices Charles Wilson and Gerald Tofjlat are named in this case for their conduct in regard to the Schiavo case and the entirety of the members of the Supreme Court of the United States other than the Chief Justice and Justice Alito have been named in this case as Defendants herein for their unjustified injury-causing betrayal of their oaths of office and the defraudment of God and the 92% of the world's people who have been targeted for extermination that were perpetrated by the "Justices" of such Court who threw Teresa to the wolves and in so doing, sold the Non-counterfeit Version of the Rule of Law down the river in their refusal(s) to consider the merits of the various Schiavo cases presented to them, and the decisions of the individual members of such court not to issue any public opinion of any sort in the capacity of an individual justice regarding why he or she voted for a consideration of the merits of such cases.

Unless RJM is missing something in this regard, since "no one can be the judge of his own case" (Dr. Bonham's Case – 1621 – Coke's Institutes of the Laws of England); this means that all of such judges will have to abstain from participating in any substantial way in the adjudication of this case, unless they would be intent upon incurring felony liability and tort liability beyond that already incurred by a given judge in regard to the matters this case concerns.

Because of this condition which is present in this case, RJM herein respectfully moves the Executive Committee of the Middle District of Florida to invite the Honorable Charles Wilson to adjudicate this case in the first instance in the trial court proceedings which must be conducted therein. Seventh Circuit Court of

Appeals ("CCA 7") Judge Frank Easterbrook has presided over trial court proceedings in any number of federal cases filed in the USDC for the NDI.

Regarding the third party standing matters addressed herein, RJM will file a motion and memorandum in support thereof, to demonstrate RJM's possession of standing in regard thereto, Providence permitting, by Easter or Ascension Thursday, at the latest.

Since RJM cannot see how it would be possible for anyone to understand the agenda of which this complaint is a component part, without consideration of the 120 some exhibits which RJM intends to file alongherewith, RJM respectfully moves whomever it would be to whom a copy of this complaint would be presented, after all necessary recusals would have been executed, to refrain from consideration thereof, except to provide an order directing PACER to permit RJM to access its data base without payment of any fees and directing the Clerk of the Middle District of Florida to implement whatever measures would have to be implemented in order to enable RJM to file the entirety of such documents, and any and every document which RJM would ever file in this case, via efiling.

This PCC of 3/14/09 is being filed according to the liberal notice pleading standard applicable to cases filed in federal courts for the purposes of ensuring that it is filed before the expiration of any statute of limitations applicable to the torts enumerated herein would occur, with the intention to file an amended version thereof within twenty days of 3/18/09, and the intention to transmit waiver of service proposals to each Defendant included in the list of Defendants contained in the caption to this complaint and to repeatedly amend the complaint pending at any given juncture in the prosecution of the case this complaint concerns ("this case") as the prosecution of this case develops over the period of time within which it must be prosecuted. This complaint is a component of an injustice-rectification project, which also includes the presentation of evidence to a special grand jury pursuant to the provisions of 18 USC 3332(a) regarding the criminal activity of the many miscreants included in this complaint, and other measures, such as a commitment to get all of the members of the PPPD and PCSD who participated in the torture and murder of T. Schiavo, to the measure of culpability of any measure of cooperation therein which was greater than what could justifiably be classified as having constituted something on the measure of "remote and non-necessary" cooperation, decertified and to have any pension funds to which any such type person might make claim revoked, besides getting them convicted and incarcerated and forcing them to pay damages for the tort liability incurred by any and all of them, respectively.

This Court possesses jurisdiction over all of the private party Defendants ("D")'s included in the case this complaint concerns ("this case") upon the basis that there exists a complete diversity of citizenship between Robert J. More ("RJM") and the individual D's named herein and for all claims including allegations of conspiracy with government actors to accomplish the perpetration of deprivation(s) of constitutionally protected life, liberty and/or property interests under the color of law and pretext of legitimacy which are actionable pursuant to the provisions of 42 USC 1983, 42 USC 1985(2), the Bivens Doctrine, 18 USC 1961 et. seq.

This Court possesses jurisdiction over all D's included in this case who are being sued due to their conduct in the execution of the authority of a given government office regarding the matters concerning the torts perpetrated and/or the tort liability otherwise incurred from the torture and murder of Teresa Schiavo upon the basis that such torts are actionable against representatives of the State of Florida ("FL") and of political subdivision(s) of FL, D's via the machinery of 42 USC 1983, 1985(2), 18 USC 1961 et seq. and against the federal actors included in this complaint pursuant to the provisions of 28 USC 2671 et seq and the Bivens Doctrine.

Pinellas Park FL and Pinellas County FL and the Chief Policy Makers thereof are being sued on Monell claims as well.

In early October of 2003, RJM was made aware of the plight of an incapacitated person, whom he later came to know as Teresa Schiavo ("TS" "TSS") , whose husband was endeavoring to have her dehydrated and starved to death.

By 10/12/03, RJM had become so bothered in conscience by the horrific story unfolding in Pinellas Park, FL at the Woodside Hospice, that RJM could find no relief except in endeavoring to contribute what he could contribute to the prevention of the then imminent torture and murder.

On 10/15/03, the feeding tube was removed from TSS to RJM's horror. To the great credit of whoever raised Mr. Hal Turner (howsoever undeniably appalling his racism and promotion of violence indisputably is), Mr. Turner was at that time endeavoring to organize a militia rescue for TSS. Almost without respite from the moment that tube was removed, RJM was searching through the internet for possible solutions whereby he could contribute to the accomplishment of the objective of the reinsertion therein, sending emails, and participating in phone conversations with persons at the scene of the then unfolding horrific crime against TSS and everything God could justify, at that most hideous moment of history, not hating, and in Tallahassee where various persons were lobbying Florida's elected representatives to pass legislation which would save TSS,  and weighing the prospects of  whether RJM could contribute more to the saving of TSS from Chicago, with access to a phone, the internet, law libraries, etc. or from Pinellas Park, FL , where, were  he to travel there, RJM would possess access to no such means of  endeavoring to help save TSS. The repartee went back and forth interminably regarding which was a more disadvantageous place to be, with RJM endeavoring to find  substitutes for the instruments evidently necessary in the battle then raging re TSS to which RJM possessed access in Chicago, IL, in Pinellas Park, FL or thereabouts.

On 10/17/03, RJM participated in a discussion with Sgt Hicks of the PPPD for over 10 minutes concerning the Schiavo torture and murder. ("STM"). Initially, Sgt H. was quite flippant about the matter, but as the conversation progressed, imputable to whatever combination of contributing factors (whether  it occurred to him how comparatively easy it might be for someone to drag him out of his bed in the middle of the night and administer a  reasonably respectable beating to him for participating in the TSM,  that he just might meet his Maker while guarding the Woodside "Deathspice" or for whatever other reason), he sobered up quite a bit. The conversation ended with Sgt. H inquiring of RJM whether RJM intended to endeavor to employ force in order to rescue TSS.

RJM replied that since RJM did not possess a gunship and the automatic weapons and other equipment necessary to conduct a rescue of  TSS that would be likely to succeed at that juncture, that RJM did not see how any such type rescue could be accomplished by RJM at that time, and that if  RJM's position in regard to any type  of  rescue of TSS were to change, that the PPPD would be the first to receive notification  of any such type change.

On 10/21/03, as RJM was walking out  of the door of the room in which he was then residing in a poor neighborhood in Chicago, IL, in the late afternoon on his way to catch a bus to Midway Airport in order to catch a flight to Tampa, FL in the evening of 10/21/03, RJM received a phone call from a long time affiliate – a Mr. T. Wingate, with whom RJM had been continually in contact since 10/15/03 in regard to the STM, and the  drama unfolding on 10/21/03, in the Florida State Legislature in regard to the endeavor undertaken therein to pass what would become known as "Terri's Law", who informed RJM  that such law had in fact been passed and was in the process of being transmitted to FL Governor Jeb Bush to be signed.

To say that RJM was elated to hear such news would be an understatement of  the most enormous magnitude. In fact, upon placing the phone down, RJM removed his book bags from his back, threw his duffel bag back into the room, ran down the stairs, out onto the sidewalk in front of the building in which RJM was then residing and jumped as high as an old white guy with shin splints and fallen arches could possibly jump, with a signature heal click thrown in for good measure and just started yelling something to the effect of "In your face, Lucifer!!!!!!!!!!!!!!!!!!" In your face!!!!!!!!!!! Lucifer, you just got a faaaze job – do you now understand what a faaaze job is Lucifer?????????? Can you say faaaze job, Lucifer?? Do you now understand what it means to 'get stuffed back inside' (a reference to a term used when running back in a football game who is endeavoring to get outside the  containment of the defense and 'around the corner' is not only stymied in such effort, but ends up getting pancaked so to speak, to a reasonably respectful measure – ie maybe the first thing that makes contact with the ground is the back of his helmet and the impact of  the collision then reverberates through the rest of his body and maybe he cannot get up without assistance at such juncture)?????????"

No doubt, RJM also, then and there, explained to Lucifer, whatever satellites of his were then in the area and anyone else who might have observed RJM's celebration on the sidewalk and the  Co-Landlord John Kosalowski of the building outside of  which RJM was then celebrating was certainly observing RJM's jumping up and down the way you  do when you  have just won the Championship on the last play of the

4

game (and season) against overwhelming odds that, "to paraphrase Lombardi... dancing is a contact activity (the type of non-immodest ballroom dancing common to the pre-pornography period of American history was certainly what Vince was addressing regarding such matter) but Roman Cath - OOOOOOOlicism, at least in its non-counterfeit version, is a religion of collisions."

RJM was simply overjoyed and overwhelmed with relief that the feeding tube was then moments away from reinsertion into the mouth of TSS. In other words, RJM understood that he was at least for the moment "off the hook" in regard to this most afflicting of transgressions of the rights of His Majesty Christus Rex, at least in terms of the then present welfare of TSS (RJM knew that he should sue the miscreants responsible for the 6 days of agony through which TSS had been put, and file criminal charges against all of them, but RJM was still greatly relieved).

But no sooner had this great victory over evil been accomplished, than Lucifer launched a counter-offensive – using the most faithful and effective of all of his human servants – the Edomites – through that baptized throat-slitting, goy slaughtering, miscreant - Howard Simon and the menace to everything that God can justify not hating – the ACLU, inciting his minions to challenge the constitutionality of Terri's Law.

As much as RJM tried to block out of his mind, the scenario in which the feeding tube would again be removed, he could not escape the haunting reminders by which he was continually plagued that as thoroughly corrupt and predatory as has become the collection of iniquity-workers who exercise the authority of judicial offices in this all-but-entirely Edomized satellite of the Israel terror state that the former republic of the u.S. of A. has become, that it was just a matter of moments until that tube would again be removed.

By April of 2004, RJM was calling Mr. R. Schindler, Sr. to inquire regarding what provision was being made for a contingency in which the feeding tube would again be removed and all endeavors involving legal and/or political remedies for the reinsertion thereof would have been exhausted.

Schindler declined to provide any answer to such question and in the conversations which were conducted between RJM and Schindler in regard to the developing overturning of Terri's Law, RJM eventually began to ask whether it was justified to not be developing a militia rescue fall-back plan in the scenario in which alternatives restricted solely to court or political remedies would prove to be unavailing against the progress Lucifer was then making towards finishing TSS off once and for all.

RJM will fast forward through the developments in the matters this case concerns ("these matters") to 3/16/05, herein providing notice that the history of RJM's involvement in these matters will be explicated to a measure of precision and thoroughness sufficient to enable RJM to make the largest contribution which RJM can make to the rectification of the monstrous injustice this case concerns, at some future juncture – most likely sometime between Easter and Feast of the Ascension of the Lord.

On or about 3/16/05 (it may have been 3/15/05) after speaking on the Drew Mariani show, RJM, distraught from the prospect of the then imminent removal of the feeding tube from TSS, called M. Schiavo's Predator-attorney, the monstrously ruthless, perverse and wicked, George Felos and volunteered to take the place of TSS. Felos informed RJM that such offer was rejected. As RJM was proposing that such offer be conveyed to M. Schiavo ("M. Wife-Murderer Schiavo" "MWMS"), before Felos would reject it outright, which RJM did not understand that Felos possessed the authority to do, the phone connection went dead. RJM did not succeed in procuring any confirmation one way or the other in regard to RJM's proposal described herein subsequent to such interaction. None of the subsequent phone calls RJM placed to the number of Felos was ever returned.

On 3/18/09, to RJM's utter horror, the feeding tube was again removed, notwithstanding the fact that subpoenas issued by the U.S. Congress had to be discarded in the process.

As the persons with whom RJM was working on various projects at the time, will attest, RJM was distraught from this development to such a measure, that he simply could not remain focused for any length of time on any other matter.

During this time period, RJM had repeatedly sought counsel from various validly ordained priests, including, among others, Father James Close of Mercy Home in Chicago, IL. The records of visitors to such establishment can prove how many times RJM sought to speak with Fr. Close and/or any other validly ordained priest at such time.

On Saturday 3/19/05, a person who so values his privacy that RJM would consider it imprudent to mention his name herein, came to RJM's residence seeking assistance. RJM spent most of the time in the discussion which ensued, discussing the TSS.

RJM's activity conducted between 3/19/05 and 3/24/05 will be described in detail at some future juncture. On 3/23/05 RJM boarded a Greyhound Bus in Chicago, IL to go the scene of the crime in Pinellas Park, FL ("PPF"). Through any number of delays, RJM arrived in Orlando, FL on 3/25/05, where in endeavoring to procure a transfer to board a bus to Tampa, FL, RJM was falsely imprisoned (incurred unjustified interference with his attempt to board the Tampa bound bus) and ordered to leave the Greyhound property by the Orlando Police who wrote RJM a warning.

On 3/25/05 at just before 4:30 p.m. RJM filed a complaint in the Tampa Division of the USDC for the MDF, seeking among other relief, an injunction to enjoin any member of any policing entity from preventing the provision of any type of hydration and nutrition to TSS.

From the moment of the accomplishment of such filing until RJM boarded a bus at or after 6:00 p.m. at the Tampa, FL Greyhound Bus Station on 3/27/05 to go to Atlanta to file an appeal with the Eleventh Circuit Court of Appeals and then to return to Chicago, IL, RJM continued to complete documents of various sorts and to contact the Court Clerk at the USDC for the MDF in an endeavor to procure an audience in regard thereto with Judge Kovachevic and repeatedly returned to the Woodside Hospice in efforts to contribute what RJM could contribute to the accomplishment of the saving of the life of TSS, a more complete explication of which efforts will be provided in the future. Inter alia, RJM communicated to the Office of the Governor a willingness to participate in any type of rescue of TSS which FL Governor Jeb Bush might decide to conduct.

On 3/27/05, at around noon, right after Mr. Douglass Birney was arrested, if RJM's memory does not fail him in this regard, RJM ended up participating in an exchange of opinions with Robert Schindler, Jr. ("RSJ") regarding the character of the dilemma then present and possible solutions thereto. RJM was absolutely appalled and aghast when RSJ praised the members of the policing entities whose conduct made the torture and murder of his sister possible and without whose cooperation, it could never have succeeded. He said explained that they were "doing their job" or employed some such like Winston Smith shibboleth. Given that to the extent of RJM's understanding of the matter, this conveyance was not a component part of a rescue/sabotage plan, RJM would not see how RJM could possibly justify not suing RJS in this regard for the emotional distress which was recklessly inflicted upon RJM thereby. Reports of contents of such opinion and related comments ended up in among other newspapers, the Washington Post, the Indianapolis Star Tribune and the Tampa Bay Tribune. Such reports cast RJM in the most unfavorable light of a just being another Edomite Supremecist Movement heartless, spineless, gutless and shameless "good German" sycophant who would limit his commitment regarding the objective of the saving of the life of TSS solely to conventional legal and political means. The report of the matter and of subsequent discussions of the TSS horror conducted between RJM and some reporter for the New York Times, contained in the New York Times, in the week ending 4/2/05, on the other hand, much more accurately conveys the focus and oral conveyances of RJM in regard to the matters misrepresented by the other newspapers and constitutes admissible evidence that the reports of RJM's auricular conveyances presented in the Washington Post et al cast RJM in a "false light" in that they were recklessly misleading and misrepresented the actual character of RJM's comments which rotten fruit emanated from the mainstream media bias which plagued the reporting of the TSS horror from start to finish.

During the time within which TSS was being deprived of food and water, FBI Agent Robert Birdsong visited Norm Olson to inquire of Mr. Olson regarding any plans he might have to participate in an attempt to rescue Teresa Schiavo. Unless Mr. Birdsong participated in such activity as part of an agenda to sabotage the torture and murder, he incurred tort liability under the *Bivens* Doctrine as did any and every member of the FBI who helped facilitate the murder of TSS.

RJM arrived in Chicago at midnite on 3/28/09 and immediately began to plan a return trip to PPF. At 16:30 p.m. on 3/29/09, RJM entered the Dirksen Federal Bldg in Chicago, IL, for among other purposes, that of delivering a petition for the issuance of a writ of habeas corpus on a next friend/third party standing basis to Honorable CCA 7 Judge D. Manion, in the hopes that he would issue such on a "necessity/supplied

6

jurisdiction" basis and that if issued, no one in PPF would endeavor to interfere with any activity which would be conducted according thereto relative to removing TSS from the Hospice before she would die. U.S. Attorney for the Northern District of IL Security Agent Donald Norton confronted RJM in the elevator bank and by invoking the threat of a false arrest and imprisonment, the effects of which, were an attempt of such to be attempted and were RJM to voluntarily submit thereto, would be that RJM might not get back to PPF before Teresa would die.

The entirety of the claims against Norton and the US in such regard are contained in a complaint RJM filed in the Circuit Court of Cook County, IL and will be added to this complaint when time permits.

RJM boarded a plane from Chicago to Tampa on 3/30/05 and was back at the Woodside Hospice on the evening of 3/30/05, at which time, RJM, while standing behind TSS Attorney David Gibbs, heard him praise the PPPD for their conduct in regard to the TSS matter.

This conveyance caused the type of distress, beyond all of the distress in which RJM was already ensconced at that time, which is actionable according the criteria defined for the tort of reckless infliction of severe emotional distress.

RJM boarded a bus in Brandenton, FL to return to Chicago on Friday April 1, 2005. Shortly thereafter, RJM contributed the sum of $500.00 which had been loaned to RJM for purposes of enabling RJM to contribute to the saving of the life of TSS to Mr. Jeff Butler, for purposes of fighting the criminal charges he had incurred when he tried to provide TSS a drink of water on a necessity defense and via a jury nullification strategy. RJM would not sue Mr. Butler, since he demonstrated the type of generosity which was so reprehensibly lacking in those who without just cause, did not travel to FL or otherwise participate in a way that cost something of substance in the form of a sacrifice, in any endeavor to shield TSS from harm, spare her suffering, deliver her from her afflictors, save her life and/or punish her assailants, torturers and murderers. RJM only named him in this case in order to sue anyone who induced Mr. Butler to pay him or them the money on a promise of the provision of a defense to the charges imposed, and then participated in the presentation of a plea of guilty, without at least returning the money remitted for the purpose of contributing to the presentation of a legitimate criminal defense.

Developments in these matters subsequent to the remission to Mr. Butler of the $500.00 will be presented at some future juncture.

RJM has no intention of endeavoring to collect anything from either Randall Terry ("RT") nor Michael Golic ("MG"). RT was only named in this case for the purpose of inducing him in any incident of this type in which he might become involved in the future to exercise adequate care to not lead anyone to believe that the only solutions to this type of problem would be legal and/or political ones and to not neglect in any such type scenario to continually make reference to the alternative of vigilante rectification as the contingent solution in the scenario in which alternatives less likely to result in bodily injury and/or death to those other than the victim of the torture and murder, would have been adequately utilized. MG was only named herein because, inter alia, as the "guy that Reggie White respected the most", whom RJM cannot avoid seeing on television - even though RJM possesses no television - while RJM is exercising at a local exercise facility, RJM has from time to time, wondered what MG as the guy who "RW respected the most", a man who to RJM's knowledge, has never demonstrated even a scintilla of bitterness towards Gerard Anthony Faust (notwithstanding that his status plummeted during Gerry's tenure from that of the most highly ranked high school football lineman coming out of high school in 1981, to a tenth round draft choice four years later and that he failed to procure the type of national championship ring which his older Brother Robert possesses and the procurement of at least one of which had to appear to him to have been a given in the Spring of 1981, and notwithstanding the bitterness by which so many others who incurred the disappointment of the "Faust Years" have been plagued), and whose general reputation as one of the most benevolent and guileless individuals anyone could ever find in any venue, is one in regard to which RJM would not be capable of identifying a single course of conduct incompatible therewith, will say when he is standing before the throne of His Majesty, Christus Rex, regarding the component of history consisting of the events, and developments of 3/18/05 to 3/31/05 if he is questioned in regard thereto. It has occurred to RJM that maybe no one invited him to PPF during that the perpetration of the TSS. RJM does remember inviting Chris Godrey and offering to arrange for his plane fare and lodging in PPF in 2003. In any case, the

purpose of including Mr. M. Golic in this complaint, is solely to remind him on behalf of the Teresa Schiavo's of the world, of how much he has been given by God, to inform him that in the opinion of RJM, for reasons an explication of which would be provided upon RJM's receiving a request therefore, that had he simply come down to PPF during the horror and done nothing more than get even just, for one example, those individuals who qualify for an NFL pension who grew up in either Ohio or Massachusetts, who resided in Dillon Hall when he first arrived there in the fall of 1981 in the only week in his four years a the UND in which the UND was ranked at the top of the national polls, that with just those four individuals being present, that it would be highly unlikely that TSS would not still be alive today. There was something Norm Olson needed more than whatever cover fire was poised to assist in the rescue he endeavored to orchestrate and that was the blessing he never got from the Schindlers. RJM cannot believe that George Bush would have dared interfere with a rescue in which even just the four individuals to whom reference is made herein supra would have been involved, even if only as bystanders at the scene. Had the Schindlers possessed confidence that the then POTUS would not endeavor to interfere with nor punish a vigilante rescue, RJM cannot see how they could have refused to provide their blessing to such type attempt and had such blessing been provided and the FBI et al known that interference with any attempted rescue of TSS might very well result in the commencement of a civil war – a war which so many agree is long since overdue – RJM cannot see how TSS would not be alive today. One need consider no further than the treatment of one of the four individuals referenced obliquely herein supra, when he was arrested for the rescues in which he participated in New York City, NY in the late 1980's, during which the arresting officers were seeking his autograph. In case no one else remembers to extend such type invitation in regard to the next such type of atrocity, RJM herein extends the following invitation: "Mr. M. Golic, on behalf of the TSS's of the world, and only because to RJM's knowledge, no one else has extended such type invitation to you – you are herein invited to participate in rescuing the next TSS type target of the Edomite Supremacist Movement's Genocide Agenda and to invite as many members of Life Athletes, your siblings, children etc. to accompany you as would accept invitations to do so."

Count #1

Plaintiff herein complains that D #'s 1. Michael Schiavo, 2. Jodi Schiavo, 3. Scott Schiavo, 4. George Felos, 5. Deborah Bushnell, 6. Sixth Circuit Court of Pinellas County, FL, ("6th CC_C") Judge George Greer, have conducted activity conducted by them during the period of 10/21/03 until the present, at a standard of accountability which has not been high enough for RJM to not have incurred severe emotional distress therefrom in their executing the respective acts which directly or indirectly, but not outside of the sphere of tort liability applicable herein, resulted in the dehydration and eventual death of TSS, which distress was entirely foreseeable.

Count #2

Plaintiff herein complains that D #'s 55. PPPD Police Chief Dorene Thomas, 56. – 59. PPPD Captain John and Jane Does #1-4, 60. PPPD Lieutenant Sanford Weyseth, 61. PPPD Lieutenant (""Lt") Riley, 62. – 65. PPPD Lt. John and Jane Doe #'s 1-4, 66. – 75. PPPD Sergeant's John and Jane Does #'s 1-10, 76. – 140. PPPD Police Officers John and Jane Does #1-65, 141. Pinellas Park, FL Mayor John Doe, 142. Pinellas Park, FL Village Manager John Doe, 143. Pinellas County, FL, Sheriff John Doe, 144. -155. Pinellas County, FL, Sheriff's Dept. Chiefs, Lt's and Sergeants John and Jane Does #1-12, 156. – 255. Pinellas County, FL Deputies John and Jane Does #1-100 have conducted activity conducted by (him) (her) (them) ("them") during the period of 10/21/03 until the present at a standard of accountability which has not been high enough for RJM to not have incurred severe emotional distress therefrom in their executing the respective acts which directly or indirectly, but not outside of the sphere of tort liability applicable herein, resulted in the dehydration and eventual death of TSS, which distress was entirely foreseeable.

Plaintiff further complains that PPPD Police Chief Dorene Thomas, 56. – 59. PPPD Captain John and Jane Does #1-4, 60. PPPD Lieutenant Sanford Weyseth, 61. PPPD Lieutenant (""Lt") Riley, 62. – 65. PPPD Lt. John and Jane Doe #'s 1-4, 66. – 75. PPPD Sergeant's John and Jane Does #'s 1-10, 76. – 140. PPPD Police Officers John and Jane Does #1-65, 141. Pinellas Park, FL Mayor John Doe, 142. Pinellas Park, FL Village Manager John Doe, 143. Pinellas County, FL, Sheriff John Doe, 144. -155. Pinellas County, FL, Sheriff's Dept. Chiefs, Lt's and Sergeants John and Jane Does #1-12, 156. – 255. Pinellas County, FL

Deputies John and Jane Does #1-100, have individually and/or collectively conducted activity conducted by them during the period of 10/21/03 until the present at a standard of accountability which has not been high enough for RJM to not have incurred a deprivation of RJM's constitutionally protected liberty and property interest to provide nutrition and hydration to a person dying from the deprivation of nutrition and hydration, therefrom in their executing the respective acts which directly or indirectly, but not outside of the sphere of tort liability applicable herein, resulted in the dehydration and eventual death of TSS.

Plaintiff further complains that PPPD Police Chief Dorene Thomas, 56. – 59. PPPD Captain John and Jane Does #1-4, 60. PPPD Lieutenant Sanford Weyseth, 61. PPPD Lieutenant (""Lt") Riley, 62. – 65. PPPD Lt. John and Jane Doe #'s 1-4, 66. – 75. PPPD Sergeant's John and Jane Does #'s 1-10, 76. – 140. PPPD Police Officers John and Jane Does #1-65, 141. Pinellas Park, FL Mayor John Doe, 142. Pinellas Park, FL Village Manager John Doe, 143. Pinellas County, FL, Sheriff John Doe, 144. -155. Pinellas County, FL, Sheriff's Dept. Chiefs, Lt's and Sergeants John and Jane Does #1-12, 156. – 255. Pinellas County, FL Deputies John and Jane Does #1-100, have individually and/or collectively conducted activity conducted by them during the period of 10/21/03 until the present at a standard of accountability which has not been high enough for RJM to not have incurred a deprivation of RJM's constitutionally protected liberty and property interest to provide nutrition and hydration to a person dying from the deprivation of nutrition and hydration, therefrom in their executing the respective acts which directly or indirectly, but not outside of the sphere of tort liability applicable herein, resulted in the dehydration and eventual death of TSS, and that RJM's right to provide such type hydration and nutrition was protected through the application of the incorporation provisions of the due process clause of the 14th Amendment to the U.S. Constitution, to the activity of state actors and the agents of political subdivisions of a state to the guarantees of various measures of consideration provided in the *free exercise, establishment of religion, right to petition, freedom to peaceably assemble, due process, right to be free from illegal searches and seizures,* and *supremacy clauses* of the Constitution of the u.S. of A.

Plaintiff further complains that D #'s 7. – 19. Florida Second District Court of Appeals Judges John and Jane Does #1-12, 20. – 28. Supreme Court of the State of FL Judge(s) # John and Jane Does # 1-9, 29. Second Circuit Court of LeonCounty ("2nd CCLC") , FL, 30. Judge Douglass Baird, 31. – 32. 2nd CC_C Judges John and Jane Does #1-2, 33. – 42. Circuit Court of Pinellas County, FL Judges John and Jane Does #1-10, 43. - 50. Supreme Court of the United States ("SCOTUS") "Justices" Sandra Day O'Connor, Antonin Scalia, Clarence Thomas, John P. Stevens, Ruth B. Ginsberg, David Souter, Stephen Breyer, Anthony Kennedy, 51. President of the U.S. ("POTUS") George W. Bush, 52. Governor of the State of FL Jeb Bush, 53. Attorney General of the State of FL Charles Crist, 54. Pinellas Park, FL, Police Department ("PPPD"), 55. PPPD Police Chief Dorene Thomas, 56. – 59. PPPD Captain John and Jane Does #1-4, 60. PPPD Lieutenant Sanford Weyseth, 61. PPPD Lieutenant (""Lt") Riley, 62. – 65. PPPD Lt. John and Jane Doe #'s 1-4, 66. – 75. PPPD Sergeant's John and Jane Does #'s 1-10, 76. – 140. PPPD Police Officers John and Jane Does #1-65, 141. Pinellas Park, FL Mayor John Doe, 142. Pinellas Park, FL Village Manager John Doe, 143. Pinellas County, FL, Sheriff John Doe, 144. -155. Pinellas County, FL, Sheriff's Dept. Chiefs, Lt's and Sergeants John and Jane Does #1-12, 156. – 255. Pinellas County, FL Deputies John and Jane Does #1-100, 256. ACLU of Florida, 257. ACLU of Florida Director Howard Simon, 258. Federal Bureau of Investigation ("FBI"), 259. FBI Director Robert Mueller, 260. FBI Agent Robert Birdsong, 261. – 310. FBI Agent John and Jane Does #1-50, 311. United States District Court for the Middle District of FL ("USDC for the MDF") John Whittemore, 312. United States Court of Appeals for the Eleventh Circuit ("USCA 11") Judge E. Carnes, 313. USCA 11 Judge F. Hull, 314. – 323. USCA 11 Judges, J. Edmunson, S. Birch, J. Dubina, S. Black, W. Pryor, Judges John and Jane Doe's #1-3, have individually and/or collectively conducted activity conducted by them during the period of 10/21/03 until the present at a standard of accountability which has not been high enough for RJM to not have incurred a deprivation of RJM's constitutionally protected liberty and property interest to provide nutrition and hydration to a person dying from the deprivation of nutrition and hydration, therefrom in their executing the respective acts which

directly or indirectly, but not outside of the sphere of tort liability applicable herein, resulted in the dehydration and eventual death of TSS, and that RJM's right to provide such type hydration and nutrition was protected through the application of the incorporation provisions of the due process clause of the 14th Amendment to the U.S. Constitution, to the activity of state actors and the agents of political subdivisions of a state to the guarantees of various measures of consideration provided in the *free exercise, establishment of religion, right to petition, freedom to peaceably assemble, due process, right to be free from illegal searches and seizures,* and *supremacy clauses* of the Constitution of the u.S. of A. and that such right(s) were also protected against activity which would result in the deprivation thereof imputable to the conduct of the types of federal government actors whose names and/or titles have been included herein, as the activity of such actors in a manner that was eminently foreseeable at the time such activity was conducted, resulted in RJM's not being permitted to provide nutrition and hydration to TSS.

RJM herein complains against each of the Federal Government employed D's named in this case and the U.S. of A. have incurred tort liability for not providing the consideration guaranteed to the citizens of each state, that each state will be provided a republican form of government as the activity of the State of FL and its representatives and the representatives of its political subdivisions certainly was not conducted according to a high enough standard of accountability in the matters this case concerns for the u.S. of A. to avoid incurring liability in these matters. No non-sham access to the Courts was provided, and the Legislature and Executive Branches of the FL government failed to cover the moral liability of each, respectively in these matters.

Plaintiff complains that D #'s 324. USDC for the MDF Judge Lazarra, and 325. USDC for the MDF Judge Kovechevelic..., deprived RJM of a number of constitutionally protected liberty and property interests under the color of law and pretext of legitimacy and have incurred liability pursuant to the Bivens Doctrine regarding the adjudications of legal documents submitted to them in these matters.

Plaintiff complains that the D #'s, 336. Washington Post Newspaper, 337. Tampa Bay Tribune Newspaper, and 338. Indianapolis Star Newspaper, presented the activity of RJM conducted regarding these matters in a false light and that RJM's reputation was injured thereby .

Plaintiff complains that D's # 340. Robert Schindler Jr., 341. David Gibbs, 342. Gibbs Law Firm have incurred tort liability by praising police officers who were accessories to the torture and murder of TSS for the conduct which resulted therein, without just cause for doing so, causing RJM severe emotional distress and that upon information and belief, D. #339 did the same thing.

Plaintiff complains that the D #'s 353. Greyhound Bus, Inc., 354. Greyhound Bus Security Agent John Doe deprived RJM of a number of constitutionally protected liberty and property interests under the color of law and pretext of legitimacy and have incurred liability pursuant to the provisions of 42 USC 1983 and the state law tort of false imprisonment/interference with locomotion as well as malicious breach of contract regarding the removal of RJM from the Greyhound Bus Terminal in Orlando FL on 3/25/05 and RJM herein seeks damages of $10,000.00 in regard thereto.

Plaintiff complains on information and belief that the D #'s 356. Rothshild Banking Empire – On Information and Belief, Trespass on the Case ("TCD") D, 357. John and Jane Doe Rothschild, ("TCD") 358. ADL, 359. ADL President Abraham Foxman ("TCD") have incurred tort liability for conduct of such persons and entities which at least indirectly resulted in the entirety of the damages described herein

Plaintiff complains that the D #'s 346. "Bishop of the Roman Catholic" Diocese of St. Petersburg, Robert Lynch, 347. United States Conference of "Catholic" Bishops could not possibly not have incurred some type of liability for the shameless, spineless and gutless response to the TSS horror described herein, and that if and when, RJM remembers why it is that they ought be sued, RJM will amend this complaint to ensure that they do not evade liability which they have incurred.

Plaintiff complains that the D #'s 343. Office of the U.S. Attorney for the Northern District of IL, Security Monitor, Mr. Donald Norton, and 344. United States of America have incurred tort liability for the acts described herein supra according to the criteria of the Bivens Doctrine.

Plaintiff complains that Richard Thompson and/or the Thomas More Legal Center may have incurred liability for inducing Jeff Butler to donate $500.00 donated to him by RJM to them without justification for having done so. ,

10

Wherefore, Plaintiff, RJM herein prays for damages of over $1 billion dollars and for punitive damages as a jury would see fit to grant in regard to the claims postulated herein from the entirety of the various Defendants named herein for the transgressions of the rights of His Majesty Christus Rex of the most blatantly, flagrantly, brazenly and contumaciously insolent character described in abbreviated form herein, which correlatively are actionable in tort as explicated herein and as such explication will be further developed in the future.

Pursuant to the provisions of 28 USC 2201, RJM herein demands that a declaration regarding the rights of members of the military and policing entities to refuse to participate in activities of the character of the TSS torture and murder without incurring any loss or injury for proceeding according to such priority, be granted.

Plaintiff demands trial by jury in this case.

Plaintiff ayers that all factual averments  contained herein are true and that any and  all claims based upon information and belief, that he verily believes such to be true.

Robert J. More

IN THE _____

_____

Plaintiff

     V.                          Case   No

_____

Defendants

                   Document List For _____

1. Notice Of Pending Lawsuit…

2. Motion Of ….

3. Proposed Order Of

4. Document List For ….

5. Notice Of Motion/Certificate Of Service

6. SCOTUS Rule 20 Petition To Enjoin…USDC For NDI And USCA For The 7th Circuit

7. SCOTUS Rule 20 Petition To Enjoin… All State Courts Conducting Activity In Cook County, IL

8. Proposed Declaration Of Unconstitutionality As Applied…_____

9. Annual Apology Of Year _____/Explanation To The World's Children

10. A Modest Proposal

11. Roman Catholic Litigation Chart

12. Nihil Dificiens Declaration

13. Nihil Obstat Order

14. Nihil Obstat Petition

15. Proposed Ground Rules

16. Proposed Arrest Statute

17. Proposed Audio-Recording Statute

18. Proposed Disarming Of Members Of Court Security Statute

19. Motion To Reconsider

20. Proposed Order Of

41. Explanation To Any Children Not Possessing The Use Of Reason Of Anyone Who Would Ever End Up Permanently Disabled Or Dead Due To Any Activity In Which RJM Would Ever Be A Direct Participant And/Or Sponsor And To The Children Of The World Not Possessing The Use Of Reason, Explaining The Reasoning According To Which RJM Would Have Participated In And/Or Sponsored, Such Type Activity(Ies).

42. Sponsorship Of Anti-Predatory Projects Proposal

43. List Of Anti-Predatory Projects Sponsored

44. Notice To Any And All Judge(S) Whom Would Have Presided Over The Adjudication Of A Given Case, After A Given Vigilante Injustice- Rectification Would Have Been Accomplished Of Opportunity For Any Such Type Actors To Petition ISMA For The Denial Of A Given *Nihil Dificiens*

45. List Of Emails In Obama Case In Nov. 2007

46. Pledges Made

47. Pledges Honored

48. Pledges Failed

49. ROLROT

50. Complaints Regarding RJM's Ending Up In Purgatory When He Enters Eternity

51. Superior Service Testimonials For Members Of ISMA

52. Petition For Clemency For Those Against Whom Causes Would Have Been Filed By Members Of ISMA

53. Petition To Have A Given Charge Retracted/Purged For Those Against Whom Causes Would Have Been Filed By Members Of ISMA

54. Complaint Form For Purposes Of Sanctioning Of Members Of ISMA

55. Setlement Proposal To The Adversary(Ies) Directly Involved In A Given Case

56. Settlement Proposal To The Members Of The Ten Edomite Banking Families And The Sychophants Who Implement The Terms And Conditions Of Their Genocide Agenda

57. Relief Enumerated In Crim Motion Of 8/13 ---- /08

58. Proposed Verified Statements

59. Verified Statement Of RJM

60. Checklist

61. H Davis SJ – Duties Of Certain Classes

62. Nature And Grace Bk 3, Ch. 54 And Ch.55, From The Imitation Of Christ

63. Motion To Stay Sentencing Pending Appeal In Contempt

64. Motion For Clerk To File Notice Of Appeal

65. Notetable Examples Of Forbearance And Respect For Requirements Of God's Law In Use Of Force

66. Noteable Examples Of The Disastrous Consequences Of A Combination Of An Unjustiifably Conciliatory Approach To A Given Conflict And/Or The Making Of Unjustified Concessions...

67. Injunction To Enjoin Disbursement Of Funds Disbursed For Comp And Benefit Pack

68. Civil Suits In Other Theatres That Relate To The Cause *Sub Judice*

69. Criminal Charges Pending That Relate To The Cause *Sub Judice*

70. Proposal Re Waiver Of Right To Not Be Indicted – Probable Cause Hearing Before...

71. Petition For Appt. Of Special Prosecutor

72. Petition To ... Seeking Enjoinment Of Condition Of Continued Openness And Operation Of ....

73. Goal In Litigation In A Court System In An Edomite-Controlled Country

74. False Light Suit

75. Defense For Government Officials And/Or Members Of Policing Entities To Adverse Responses Expected To Be Encountered From Superiors, And/Or Others Who Would Endeavor To Exercise Control Over Their Activity For Refusing To Enforce Any Order In A Given Instance Because The Enforcement Thereof Would Not Evidently Be Justified In Such Instance

76. Proposal That Government Official And/Or Member Of Policing Entity Who Would Confirm That He Or She Would Be Committed To Implementing Any Measure And/Or Performing Any Act Which He Or She Would Have Been Informed In A Given Instance That In Regard To Which, It Would Have Been The Opinion Of A Given Person Ever Complaining Of Any Arrogation, Usurpation, Encroachment And/Or Deprivation Of A Legally Protected Right In Regard Thereto, That The Implementation Of Such Type Measure In Such Instance Would Constitute Such Type Of Arrogation..., Either Demonstrate That If He Or She Would, In Such Circumstances Be Claiming That The Non-Filing Of Criminal Charges, Claims For Damages, Decertification, Disbarment And Suchlike Would Be Justified In Regard To The Conduct In Regard To Which The Proposal Would Have Been Presented, Exactly How And Why The Non-Implementation Of Such Measures Would Allegedly Be Justified Regarding The Scenario Which Would Be Present In Such Instance, And That The Profferer Of Such Type Proposal Would Be Required, Should The Recipient Of This Proposal In Such Given Instance, Not Provide Any Answer To Such Inquiry, To Present Evidence Of Whatever Response Would Have Been Provided Or That No Response Would Have Been Provided To A Jury Of Persons Who Could Be Injured By The Activity In Regard To Which Complaint Was Ever Being Made In Order To Prevent Activity That Would Be Demonstrably Predatory In A Given Instance From Remaining Not Adequately Punished, *Inter Alia*, So As To Ensure That The Interests Implicated In The Axiom *Qui Nocentibus Parcit, Innocentibus Punit,* Would Not Remain Not Adequately Accommodated In The Particular Instance In Regard To Which A Given Proposal Would Have Been Presented

77. Supplement To Proposed Ground Rules Of ...

78. Notice Regarding The Possible Need To Preserve Evidence

79. Notice Of Non-Legitimacy/Non-Finality

80. Dr. Vieira Regarding For... Terri Schiavo ...Bell Tolls

Confirmation Of Tribunal Presider That Such Presider Has Been Informed That It Would Be The Position Of _____

81. Confirmation Of Tribunal Presider That Such Presider Has Been Informed That It Would Be The Position Of _____ That Unless The Relief Which _____ Would Have Sought In A Given Instance Would Have Been Granted Without The Need To Have Everything In Support Of A Given Petition Which _____ Would Have Filed In Such Instance, Read And Adequately Understood, That It Would Not Be The Case That Any Disposition Incompatible With A Given Measure Of Relief Which _____ Would Have Sought In Such Instance Would Ever Have Been Issued Unless And Until Everything Which _____Would Have Submitted In A Given Case Would Have Been Read

82. A Matter Of Justice Flier

83. Code Of Chivalry

84. Spiritual And Corporal Works Of Mercy

85. Verse 2:15 Of Gospel Of St John, Magna Charta Clause 61, Christmas Message Of P.Pius XII Of 1956

86. Statement Of Judge(S) Involved In Adjudication Of A Given Cause Regarding Ranking Of Performance Of _____ Regarding Measure Of Concern Demonstrated To Ensure That No Legitimate Interest Implicated In _____(Case #) Would Have Remained Not Adequately Accommodated

87. Common Law Trial By Jury Article – D-Oudney

88. Article Regarding Constitutionality Of Summary Judgment

89. Article Regarding Constitutionality Of Modern Motion To Dismiss As Distinct From Common Law Demurrer

90. Links To Webb V Webb, Illinois V Gates, Illinois Supreme Court Rules 18 And 19

91. Mandate According To Which RJM Understands That His Activity Regarding The Matters This Document Concerns Must Be Conducted

92. Solzenhitzyn's Lamentation From The Gulag

93. Solzenhitzyn's Lamentation Regarding The Consequences Of The Dearth Of Courage In The West

94. Demonstration Of Concern Of King Henry V's Regarding Issue Of Coverage Of His Moral Liability

95. Settlement Proposal Of _____ To Adversary _____.

96. Tribunal Presider's Performance Assessment (TPPA") Of Activity Of RJM Regarding Overall Resolution Of The Claims This Document Concerns ("RCTDC")

96. TPPA Special Assessment Regarding Frugality To The Categorical Exclusion Of Profligacy, Parsimony, Deployment Of The Polish Cavalry Against The German Wermacht, Demonstrated In RCTDC.

97. TPPA Special Assessment Regarding Commitment Demonstrated To Ensure No Legitimate Interest Would Not Remain Not Adequately Accommodated In RCTDC, With Particular Focus Upon Endeavors Undertaken To Spare _____Grief And Shield _____From Harm Without The Making Of Any Unjustified Concessions In So Doing

98. Five Stories Which Cannot But Invigorate The Not-Yet-Completely Morally Comatose

99. Sources Of Errors Of Conscience And Other Postulations From The Catechism Of The "Catholic" Church

100. ISMA Constellation Of Satellites

101. Catholic Second Amendment - Kopel

102. Are Cops Constitutional – Roots

103. If It Is Not A Runaway Grand Jury.... – Roots

104. The Lost Right To Petition – Wolgram

105. The Law P.1 – Frederick Bastiat

106. Testimonial Of Adversary/Landlord/Employer/Etc.Regarding Efforts, Resources Expended To …Spare Grief And Shield From Harm Without The Making Of Any Unjustified Concessions In So Doing

107. Letter To The Honorable USCA For The Eleventh C.C.A. Judge Charles Wilson

108. St. John Chrysostom Quote, Frederick Douglass Quote

109. Invitation To Resign To _____

110. Presentation of Evidence to Special Grand Jury Pursuant to the Provisions of 18 USC 3332(a)

111. Proposal Regarding Stipulation Regarding Waiver of Right Not To Be Prosecuted For The Commission of a Felony Except Via Indictment by a Grand Jury

112. Proposal Regarding Stipulation Regarding Consent to Have Someone not a Licensed Attorney

Prosecute a Given Criminal Complaint Ever Filed Against Anyone Concerning the Matters this Case Concerns

113. Examination Of Conscience

114. Necessity Defense

115. Checklist Of Prerequisites For Filing Of Petition For Issuance Of *Nihil Obstat*

116. Checklist Of Prerequisites For Filing Of Petition For Issuance Of *Nihil Dificiens*

117. 28 additional to proposed ground rules

118. Proposal Regarding Waiver Of Right To Not Be Prosecuted For An Alleged Federal Felony Except By Indictment Issued By A Grand Jury

119. Proposal Regarding Appointment Of The Presenter Of This Document Or Some Other Person Not a Licensed Attorney To Serve In The Role Of Special Prosecutor In The Presentation of Evidence to Any Given Special Grand Jury and/or the Prosecution Of Any Indictment Returned and/or Crime Charged In Regard to _____

120. Petition to His Majesty, *Christus Rex*, that _____ be permitted at the particular and/or general judgment (according to what would be possible in a given case) of _____ at which the record of conduct of _____ will be assessed, to address the Tribunal of His Majesty in regard to the consequences of the conduct of _____ in the period in which he or she was conducting activity in the theatre of earthly existence, regarding the ultimate disposition of the soul(s) of _____.

4

(ROMAN CATHOLIC) (ANTI-PREDATION – FOR THOSE WHO FOR WHATEVER REASON ARE OUTSIDE THE RC CHURCH BUT ARE OPPOSED TO PREDATIONS OF WHATEVER SORT) LITIGATION CHART – SECOND ROUGH DRAFT UNDER CONSTRUCTION AND SUBJECT TO FURTHER REVISION AND/OR MODIFICATION AS OF 12/13/07 –REVISED FROM ORIGINAL VERSION OF SUCH DOCUMENT (NOTE – THE POSITION OF THE ISMAF IS THAT IF MARTIAL LAW WERE TO BE IMPOSED AND/OR A FULL SCALE SLAVE-UPRISING/DOMESTIC INSURRECTION COMMENCED, NO ONE WOULD BE BOUND TO PETITION A COMMON LAW TRIBUNAL FOR ANY NIHIL OBSTATS UNLESS CIRCUMSTANCE WOULD PERMIT SUCH AND OTHER DISPENSATIONS MIGHT ALSO BE AVAILABLE IN A GIVEN CASE ACCORDING TO MORALLY LEGITIMATE PRINCIPLES OF EPIKEA).

A – ROMAN CATHOLIC NON-DESERTER, NON-DEFRAUDER OF CATHOLIC CHURCH, ANTIGENOCIDIST*******
B- JEWISH SUPREMACIST MOVEMENT CONTROLLED GOVT AGENT AND/OR ANY TALMUDIZED ADVERSARY WHO WOULD OPPOSE THE ROMAN CATHOLIC CONDUCTING HIS ACTIVITY IN GOOD FAITH

Post-Entrance Into Eternity Judgment Of The Soul Of A Given Actor/Individual Who Would Have Been Involved In The Adjudication/Resolution Of A Given Dispute

Post-Resolution Of A Given Dispute Activity And Developments In The Theatre Of Earthly Existence Which Might Necessitate In A Given Instance The Complete Overhaul Of The Outcome Of A Given Dispute And Re-Adjudication Thereof, So That The Problems That Have Plagued Individuals And The Social Order From The Horrendously Destructive Activity Of The Presently Operative Court Systems In Jewish Supremacist Movement Controlled America ("JSMCA") Are Not Replicated In Pre-Post JSMCA And/Or Post JSMCA

| Stage 11 | | Outcomes From One Or More Of The  Four Types Of Trials Listed Infra Which Might Result In An Appeal  or Series Of Appeals Of Various Type(s) | | |
|---|---|---|---|---|
| Stage 10 | Criminal Trial Of A | Criminal Trial Of B | Civil Trial | Civil Trial                      # |
| | By JSM Controlled Govt** | By Anti-Genocidists | Wrongful Death or Personal Injury Of A *** | "Wrongful Death"@ or Personal Injury Of B*** |
| Stage 9 | B Captures A | A Captures B | A – Is Injured Or Killed* | B Is Injured Or Killed |
| Stage 8 | Conflict Involving The Use Of  Some Type Of Force (CQC, HHW, Firearms, Projectile Launches, Explosives, Etc) Involving A&B | | | |

Stage 7       Confiscation Or Destruction Of Property Or Combination Thereof Either Via Vigilante Means As A   Component Of A Given Vigilante Injustice Rectification Project Or As A Component  Of A Domestic Insurrection Waged According To Nothing Less Than At The Very Least The Barest Minimum Of  Compliance-Accomplishment Threshold Standards Regarding Vigilantism And/Or Domestic Insurrections/Civil Wars Based Upon The Examples Of  Among Other Endeavors Conducted By Catholics Which To The Extent Of The Knowledge Of The Author Of  This Chart Have Never Been Declared To Have Been  Morally Unacceptable By Either The Magisterium Of The Catholic Church Nor Any  Representatives Of The Holy Office Nor Any Canonized Saint (Some Of Which Having Been Lauded), Conducting Activity At A Given Juncture In History; Those Of  The Procurers of The Magna Charta (Circa 1215 A.D), and of the Declaration Of Arbroath 1320, respectively, of the Gunpowder Plot 1604, Uprising in the French Vendee 1793, Mexican Civil War 1926-29, Spanish Civil War 1936-39, Von Stauffenberg 's Endeavor To Eliminate Hitler  (1944) {An Analysis of the Endeavors of Those Such as Michael Collins in Ireland (1918-) Who It is RJM's  Understanding Never Sought the Approval of the Catholic Church Regarding Endeavors In Regard to Which RJM Would Understand That Such Approval Ought to Have Been Sought Prior to the Implementation Thereof  Would Require Too Much Effort to Assess For References to Such Endeavors to Be Included Herein at This Juncture} And Amongst Those Conducted By Non-Catholics, Those Of  The Battle Of Lexington Bridge (1775), John Brown's Raid Of Harper's Ferry (1859), The Battle For Athens Tn (1946) Each of Which Constituted  a Slavery-abolishing  Endeavor, Even if the Intended Effect was not Immediately Accomplished in a Given Example.

Stage 6   ISMA****** Common Law Tribunal of Similar Entity Issues Nihil Obstat (Confirming That "Nothing Stands In The Way" Ie Tha There Would Be Nothing Such Tribunal Would Have Found To Be Morally Unacceptable In A Proposed Order For The Issuance Of A Given Nihil Obstat Which Would Have Been Submitted Along With A Petition To Such Tribunal  For A Given Nihil Obstat Authorizing the Use of Force to Rectify a Given Injustice***** (Ie That A Given Cause Would Have Been Found To Have Been In No Way Morally Unjustified, An The Petitioner(S) In A Given Case Would Have Committed Himself And/Or Themselves To Restrict Any And/Or All Utilizations/Applicatio Of Physical Force For The Purposes Of The Rectification Of A Given Injustice, Solely To What Would Constitute In A Given Collection Of Circumstances, The Bare Minimum Quantum Of Force Necessary To Accomplish An Objective In Terms Of The Prevention Of A Given Ev – The Importance Of The Prevention Of Which Would Have Been Found To Have Been Of Such Importance That Such Conjectural Evil Prevented Would Have Been Found To Have Been Worse, All Relevant Factors Considered, Than The Foreseeable Evil(S) That Might Or In Given Case, Most Certainly Would, Result From The Utilization/Application Of Force Necessary To Prevent The Evil  Certain Or Likely To Result  From Not Resorting To The Use Of Force In A Given Case Under Consideration***** (Declarations Of Post Facto Non-Presence ( Sinful Culpability For Measures Implemented In Exigent Circumstances For Predation Prevention/Injustice Rectification Without Pre-petition For Nihil Obstat  And Other Type Declarations And Writs Are Also Available But Explanations And  Forms Therefore are provided Elsewhere)

Stage 5   Relief Would Have Been Sought From U.S. Supreme Court According To Compliance-Accomplishment Formula For The Petitioning Thereof Described And Delineated In What Are Considered To Constitute The Definitive Treatises Published Upon The Subject Of Petitioning Such Tribunal.****

| Stage 4 Does Not Court******** | | Petition Of Some Sort  is Filed In Highest Court Of A Given State Which Grant    Relief Upon Petition Therefore To Such | |
|---|---|---|---|
| Stage 3 | Appeal Filed In  Federal Appellate Court | Or In | State Appellate Court |
| Stage 2 | Case Filed In U.S. District Court Trial Court | Or In | State Trial Court |
| Stage 1 | Endeavors Not Involving Any Government Entity Are Undertaken  To Rectify  A Given Injustice, Remedy A Given Injury | | |

1

Unjustifiably Caused That Involve Proposals Re: Settlements Etc. ("A Distinct Form Of Unjustified Out Compensation").

**START HERE** - Problem – A Malefaction/ Injustice Is Perpetrated Causing An Unjustified Injury To A Given Actor "A" By Any Individual or Collection of Individuals Whose Activity Would Have Left Him, Her or Them Classified As A Type "B" Actor/Individual. (It Would Be Hoped That No Type A Would Ever Have To Sue Any Other Type A).

http://www.geocities.com/thirstforjustice/rclc1214.html

Footnotes:

*The *Bounty Arrangement for Post-Entrance of "A" Into Eternity Injustice Rectification of Dec. of 2007* is promulgated and described in a separate document posted here: http://www.geocities.com/thirstforjustice/rclcpeeb.html

** *The Proposal of Nov. 2007 For The Implementation Of Measures Which Would Make Provision For The Conducting Of A Criminal Trial In A Given JSM Controlled Court Without The Need For Any Subjection Of The Accused In A Given Case To Arrest And/Or Detention...* (nor any of the other abusive and worse type predations for which this JSM controlled system has so distinguished itself), so that an acquittal might be procured which would render it unnecessary for a given vigilante protector/rescuer of the rule of law/insurrectionist/antigenocidist/not-altogether reprehensible and un-stalwartlike individual who would have rectified a given injustice via morally legitimate vigilante means and/or participation in an insurrection in a given case to spend his or her post-injustice rectification days in the earthly theatre "on the lam" with the correlative need to restrict his or her conducting of activity to underground agendas, objectives and approaches is posted here: http://www.geocities.com/thirstforjustice/rclctwad.html

***The *Explanation Of Nov. 2007 Regarding The Disparities Between The Measures Of Legal Consideration Available...* to those not members of the Predatory Class in JSMCA at this juncture in its continued descent into complete barbarity, and what was available to those to whom was accorded the measure of consideration provided by the English Common Law of 1791 is posted here: http://www.geocities.com/thirstforjustice/cltjrdsj.html

****The *Notice of Non-legitimacy Non-finality* (cf. Matt. 22:22, Acts 5:29, et al) of June 2002, in which is contained notice that _____ does not accept edicts, orders, judgments and/or mandates that are not demonstrably morally legitimate is posted here: http://www.geocities.com/thirstforjustice/nnlnfj02.html

***** The ISMACLT Rules of Dec. 2007 are posted here: http://www.geocities.com/thirstforjustice/ismru07.html

******The Charter of the Institute of St. Michael the Archangel is posted here: http://www.geocities.com/thirstforjustice/ismdoc01.html

*******Nihil obstats are most definitely available for Non-catholic individuals whose record of conduct would demonstrate that any given petitioner therefore could not justifiably be classified as the type of *swine* to which reference is made in Mt. 7:6, but are not available to individuals who would not have demonstrated at least enough respect for the identifiable "rights of God", general probity of conduct and rectitude of intention in regard to a given form of relief that would ever be sought, to ensure that no *nihil obstat* would ever be issued on grounds less legitimate than were those upon which edicts and orders of the Holy Office of the Roman Catholic Church were issued in times past, unless and until a given not non-swine petitioner therefore would have jettisoned priorities, approaches, agendas and/or modus operandis which would indicate that no *nihil obstat* could be justifiably issued to a given petitioner therefore and remained separated from whatever would have prevented the issuance of the *nihil obstat* in a given case for a period of time to be designated from the adjudication of a given petition therefore .

********Challenges to the *Constitutionality as Applied* of Nov. 2007 of statutes of limitations and various other deadlines given the unprecedented measure of control which the devil now exerts over the minds and wills of almost everyone involved in the activity of the legal system at this time are posted here: http://www.geocities.com/thirstforjustice/ismdoc01.html

# Criminal and/or civil proceedings may also be prosecuted against any judge, clerk, security officer, court reporter, attorney or anyone else conducting activity in any office or position who would commit in a given proceeding an unjustified injury causing duty breach which would proximately cause a miscarriage of justice to result in a given criminal or civil proceeding involving "A" as there is no such thing as absolute immunity of any type in Roman Catholic morality nor is there any provision therein for any type of unconditional and/or unlimited abstention from the use of force against any predator of any sort, in circumstances in which means not involving the use of force would not have accomplished an objective, which at any given juncture, would have to have been accomplished in order for a given individual to ensure that his moral liability in regard to a given matter would not have been left *not adequately covered*.

@"Wrongful death" in the category of an "A" implementing measures which would have resulted in the death of a "B" is an oxymoron, unless a given "A" would disregard the express contents of a given nihil obstat, as none would ever have been issued except for legitimate purposes in order to eliminate a given injustice ever prevailing and no recipient thereof would ever have received such an entity except upon an adequate examination of a given recipient thereof's record of having demonstrated both an adequate understanding of what would constitute a measure of force which would be morally permissible in a given case and an adequate commitment to keep any and all utilizations of force within limits that would render a given use of force not morally unacceptable in a given case.

Anyone who would dare to read into this document anything which is not present – namely a conveyance not constitutionally protected under Brandenburg v Ohio ( _U.S._ ) and various other promulgations defining the scope of various constitutional protections ought be prepared to reap whatever fruit might be borne why whatever he or she would sow in this regard. The author of this document is a servant of His Majesty, Christus Regnat, not a prostitute in the House of Rothshild and/or any subordinate entity in the Jewish Supremacist Movement's Reign of Terror and his battle cry is not the *"Tob Shebbe Goyim Harim"* which of course, is now the de facto motto of the U S.A. but rather *Christus Vincit, Christus Regnat, Christus Imperat et en saecula saeculorum, AMEN.*

2

United States District Court
For The
Middle District Of Florida
Western Division

Robert J. More
Plaintiff
V
Michael Schiavo, Et Al
Document List Of 3/14/09

1. Document List Of 3/14/09
2. Civil Case Cover Sheet
3. Complaint Of 3/14/09
4. Document Template List Of 3/14/09
5. Roman Catholic Litigation Chart
6. Motion Of 3/14/09, For A.) The Procurement Of Leave To I.)  File All Future Filings Needing To Be Filed In This Case Via E-Filing,  And Ii.)  Amend  The Complaint Filed On 3/18/09 Or Thereabouts After 4/9/09, B.) Appointment Of An Attorney To Prosecute This Case, And C.) For Court To Which Case Is Assigned To Confirm That It Has Been Informed That Any  Adjudication Of This Case Which Would Result In The Dismissal Thereof Prior To The Expiration Of The 120 Day Period Within Which Service Must Be Accomplished In Such Case On All Non-Foreign Defendants  Which Would Not Be Accompanied By An Explanation Demonstrating According To The Objective Moral Standard According To Which All Human Activity Is Assessed By God,  That Such Type Conjectural Dismissal Would Be Justified, Would Result In The  Non-Discretionary Presentation Of Evidence To A Special Grand Jury Pursuant To The Provisions Of 18 Usc 3332(A) Alleging  That  A Number Of Federal Crimes Would Have Been  Perpetrated In Any  Such Type Conjectural Dismissal  Of The Case This Document Concerns That Would Have Been Executed In That Period, And, *Inter Alia*, The Filing Of A Lawsuit Against Any Judge(S) Who Would Have Participated Therein.
7. In forma pauperis application
8. Motion to Recuse Judges Needing to Be Recused
9. Pro se Appearance Form
10. Motion for Access to PACER Without Charge
11. Motion to Have Exec. Committee of the USDA for the MDF Extend Invitation To Have This  Case Adjudicated By CCA 11 Judge C. Wilson
12. Motion to Prosecute This Case on a Plaintiff for Third Party Plaintiff/Next Friend/Jus Tertii Basis